IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRIS G. WARD**                                                                        **PLAINTIFF**

v.                 **CASE NO. 4:17-CV-00245 BSM**

**COMMISSIONER,**
**Social Security Administration**                                     **DEFENDANT**

### ORDER

The recommended disposition [Doc. No. 16] filed by United States Magistrate Judge Beth Deere is adopted, and the Commissioner's decision is reversed and remanded with instructions to further develop the record as necessary and to appropriately consider all evidence concerning plaintiff Chris Ward's mental impairments.

IT IS SO ORDERED this 12th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE